IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR198 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EDGAR ELIAS REGALADO-MARIN, | ) | **O R D E R** |
| | ) | |
| Defendant. | ) | |

Based on the motion of Government, and good cause shown,

IT IS HEREBY ORDERED that the motion (#43) be granted and the material witnesses, Emilia Garcia-Salinas, Rodolfo Patron-Patron, and Saul Octaviano-Beltran, be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Bureau of Immigration and Customs Enforcement pursuant to that agency's detainers.

DATED this ___3___ day of June, 2005.

BY THE COURT:

_____
F.A. GOSSETT
UNITED STATES MAGISTRATE JUDGE