IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR198 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| EDGAR ELIAS REGALADO-MARIN, | ) | **O R D E R** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based on the motion of Government, and good cause shown,

IT IS HEREBY ORDERED that the material witnesses, Juan Manuel Avila-Sanchez, Hilaria Carmona-Perez, and Paulina Ozuna-Perez, be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Bureau of Immigration and Customs Enforcement pursuant to that agency's detainers.

DATED this  15  day of June, 2005.

BY THE COURT:

_____
S/F.A. GOSSETT
UNITED STATES MAGISTRATE JUDGE