IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR198 |
| | ) | |
| v. | ) | |
| | ) | |
| EDGAR ELIAS REGALADO-MARIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on report and recommendation of the magistrate judge (Filing No. 54), recommending that defendant's motion to suppress (Filing No. 45) be denied.  The Court notes no objections have been filed to said report and recommendation.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the transcript of the hearing (Filing No. 55), the exhibits received in evidence, and the report and recommendation of the magistrate judge and finds the report and recommendation should be affirmed and adopted.  Accordingly,

IT IS ORDERED:

1)  The report and recommendation of the magistrate judge (Filing No. 54) is affirmed and adopted.

2)  Defendant's motion to suppress (Filing No. 45) is denied.

3) Trial of this matter is scheduled for:

**Monday, September 12, 2005, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between August 11, 2005, and September 12, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 11th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

-2-