IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )        8:05CR198
                              )
     v.                       )
                              )
EDGAR ELIAS REGALADO-MARIN,   )          ORDER
                              )
          Defendant.          )
_____)
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Tuesday, November 15, 2005, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 4th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court